No. 4928.—MÁRQUEZ ET AL., apldos., *v.* JUNTA INSULAR DE ELECCIONES, aplte., y PEREYÓ ET AL., interventores-apltes.—C. D. San Juan. Julio 9, 1929.

POR CUANTO, la transcripción de este caso quedó radicada el día 9 de abril del año en curso;

POR CUANTO, si se ha llegado a este mes de julio, último en que actúa el tribunal antes de su receso de agosto, septiembre y octubre, se ha debido a las prórrogas para presentar alegato solicitadas por la propia parte apelante,

POR TANTO, no ha lugar a la moción de la dicha parte apelante a los efectos de que se señale la vista del recurso in-

mediatamente, haciéndose el señalamiento para el día 5 de noviembre próximo a las 2 p. m.